# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON DENT, : | |
|     Plaintiff : | |
| : | No. 1:20-cv-299 |
| v. : | |
| : | (Judge Rambo) |
| WILLIAM BARR, *et al.*, : | |
|     Defendants : | |

# ORDER

**AND NOW**, on this 24th day of March 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's "emergency injunction" (Doc. No. 1), construed as his complaint, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff may not file an amended complaint in this matter;

2. Plaintiff's motion for an extension of time (Doc. No. 7) is **DENIED AS MOOT**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                s/ Sylvia H. Rambo
                                                United States District Judge